UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Sonja Benjamin and Jessica McClain, individually and on behalf of all others similarly situated, | 3:21-cv-50473 |
| Plaintiffs, | |
| - against - | Stipulation of Dismissal With Prejudice |
| The Hartz Mountain Corporation, | |
| Defendant | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sonja Benjamin and Jessica McClain and Defendant The Hartz Mountain Corporation, through their undersigned counsel, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated: May 18, 2022

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

*Attorneys for Plaintiffs*

Kelley Drye & Warren LLP

/s/ Jaclyn M. Metzinger
Jaclyn M. Metzinger
3 World Trade Center
175 Greenwich St
New York, NY 10007
Tel: (212) 808-7843
jmetzinger@kelleydrye.com

Matthew C. Luzadder
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 857-2623
mluzadder@kelleydrye.com

*Attorneys for Defendant*